UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
IN RE:

                                   Chapter 13

      Vilma Louise Johnson,

                Debtor.                Case No.: 22-41100-jmm

------------------------------------------X

## *AMENDED* ORDER AUTHORIZING SALE OF REAL PROPERTY

Upon the motion dated November 20, 2025 [ECF No. 70] (the "Motion") of Vilma Johnson (the "Debtor"), by and through counsel, Nnenna Onua, Esq., seeking authorization to sell the real property located at 1708 President Street, Brooklyn, New York 11213, Block 1409, Lot 15 (the "Property") pursuant to 11 U.S.C. § 363(b); and upon due and sufficient notice; no unresolved objection having been filed; and a hearing on the motion having been held on December 11, 2025 and good cause appearing; it is hereby

ORDERED that the Motion is GRANTED to the extent provided herein; and it is further

ORDERED, that pursuant to 11 U.S.C. § 363(b), the Debtor is authorized to sell the Property to Zev M. Cadaner or his Assignee (the "Purchaser") in accordance with the terms of the Contract of Sale, at a closing to occur within thirty (30) days of entry of this Order; and it is further

ORDERED, that Debtor is authorized to sell the above referenced property and shall follow the customary closing procedures of the Chapter 13 Trustee, and it is further

ORDERED, that the Debtor shall pay from the closing proceeds the outstanding mortgage balance less any amount of pre-petition and post-petition mortgage arrears that shall be paid by the Trustee through the Chapter 13 plan, and it is further

ORDERED, that from the sale proceeds, the debtor(s) shall pay to the Chapter 13 Trustee the sum sufficient to pay all other outstanding claims in an amount to be determined by the Trustee, including Trustee's commissions, in full, under the Chapter 13 Plan to the Chapter 13 Trustee, Michael Macco, Esq.; and it is further

ORDERED, that from the closing proceeds, the Debtor shall satisfy the mortgage lien of Deutsche Bank National Trust Co. LLC/New Rez LLC d/b/a Shellpoint Mortgage Servicing with appropriate adjustment for any mortgage arrears paid through the Chapter 13 Plan; and it is further

ORDERED, that the Debtor is authorized to pay all ordinary and necessary closing costs, including real estate taxes, title charges, transfer taxes, recording fees, and customary adjustments; and it is further

ORDERED, that the Debtor is authorized to pay the real estate broker's commission in accordance with the Contract of Sale, subject to prior approval of such compensation by this Court, or alternatively to escrow such commission pending approval; and it is further

ORDERED, that the sale of the Property is approved free and clear of liens and encumbrances that are satisfied at closing, with any remaining interests attaching to the proceeds of sale with the same validity, priority, and extent; and it is further

ORDERED that the Debtor and Purchaser are authorized to execute all documents necessary to consummate the transaction; and it is further

ORDERED, that the Debtor shall file the final Closing Statement on the docket within seven (7) business days after closing; and it is further

ORDERED that the Debtor is authorized to take all actions necessary to effectuate the relief granted herein.



Dated: April 8, 2026
      Brooklyn, New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge

3